No. 54998.—Freedman & Slater, Inc., and Amtorg Trading Corp. *v.* United States, protests 145341–K and 146128–K (New York).

Opinion by Cole, J.   In accordance with stipulation of counsel that the merchandise consists of animal hair the same in all material respects as the commodity passed upon in Abstract 54616, the claim of the plaintiffs was sustained.

No. 54999.—M. Kopit Co. *v.* United States, protests 124612–K, etc. (New York).

Opinion by Mollison, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

No. 55000.—Salentine and Company, Inc. *v.* United States, protest 158751–K (Milwaukee).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as the items passed upon in Abstract 54717, therein held dutiable at 15 percent under paragraph 1530 (f), as modified, *supra*, the claim of the plaintiff was sustained.